IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01301-AP

CATHERINE L. BERUMEN,

       Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

       Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    **For Plaintiff**:

        Ann J. Atkinson, Esq.
        Attorney for Plaintiff
        7960 South Ireland Way
        Aurora, CO 80016
        303-680-1881

    **For Defendant:**

        TROY A. EID
        United States Attorney
        KURT BOHN
        Assistant United States Attorney

    By:    Debra J. Meachum
        Special Assistant United States Attorney
        Laura Ridgell-Boltz, Assistant Regional Counsel
        Social Security Administration
        1961 Stout Street, Suite 1001A
        Denver, Colorado  80294
        (303) 844-1571
        (303) 844-0770 (facsimile)

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

   A.   Date Complaint Was Filed: <u>July 6, 2006.</u>
   B.   Date Complaint Was Served on U.S. Attorney's Office: <u>July 17, 2006.</u>
   C.   Date Answer and Administrative Record Were Filed: <u>September 8, 2006.</u>

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

<u>**Plaintiff, to the best of her knowledge, states that the administrative record is complete and accurate.**</u>
<u>**Defendant, to the best of her knowledge, states that the administrative record is complete and accurate.**</u>

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

<u>**Plaintiff does not intend to submit additional evidence.**</u>
<u>**Defendant does not intend to submit additional evidence.**</u>

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

<u>**Plaintiff, to the best of her knowledge, does not believe the case raises unusual claims or defenses.**</u>
<u>**Defendant, to the best of her knowledge, does not believe the case raises unusual claims or defenses.**</u>

**7. OTHER MATTERS**

<u>**Plaintiff has no other matters to bring to the attention of the court.**</u>
<u>**Defendant has no other matters to bring to the attention of the court.**</u>

**8. PROPOSED BRIEFING SCHEDULE**

   A.   Plaintiff's Opening Brief Due:      <u>OCTOBER 30, 2006.</u>
   B.   Defendant's Response Brief Due:     <u>DECEMBER 8, 2006.</u>
   C.   Plaintiff's Reply Brief (If Any) Due: <u>DECEMBER 29, 2006.</u>

**9.     STATEMENTS REGARDING ORAL ARGUMENT**

    **A.  Plaintiff's Statement.**
<u>Plaintiff does not request oral argument.</u>

    **B.  Defendant's Statement:**
<u>Defendant does not request oral argument.</u>

**10.    CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

    A.  ( )  **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
    B.  (X)  **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.    OTHER MATTERS**

*The parties filing motions for extension of time or continuances must comply with D.C.COLO.LCivR 7.1(C) by submitting proof that a copy of the motion has been served upon the <u>moving attorney's client</u>, all attorneys of record, and all pro se parties.*

**12.    AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this **26th day of September, 2006.**

                                              BY THE COURT:

                                              S/John L. Kane
                                              U.S. DISTRICT COURT JUDGE

**APPROVED:**

**For Plaintiff:**

**s/Ann J. Atkinson        Date: 09/26/06**
7960 South Ireland Way
Aurora, CO 80016
303-680-1881
atkinsonAJ@aol.com

**For Defendant:**

TROY A. EID
United States Attorney
KURT BOHN
Assistant United States Attorney

**s/Debra J. Meachum   Date: 09/2/06**
By:   Debra J. Meachum
      Special Assistant United States Attorney

      Laura Ridgell-Boltz
      Assistant Regional Counsel

      Social Security Administration
      1961 Stout Street, Suite 1001A
      Denver, Colorado  80294
      (303) 844-1571
      (303) 844-0770 (facsimile)
      debra.meachumt@ssa.gov
      laura.ridgell-boltz@ssa.gov