IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.  **06-cv-1301-AP**

**CATHERINE L. BERUMEN,**

        Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

This matter is before the Court on Defendant's Unopposed Motion to Remand (doc. #16), filed November 17, 2006.  This Court has reviewed the file and considered the motion.  It is hereby

**ORDERED** that the motion is **GRANTED**.  This civil action is remanded to Defendant for additional administrative proceedings as set forth in the motion, pursuant to sentence four of 42 U.S.C. § 405(g).

Dated:  November 21, 2006

                                          BY THE COURT:

                                          *S/John L. Kane*
                                          JOHN L. KANE, SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT