UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 06-cv-01301-AP

CATHERINE L. BERUMEN,

       Plaintiff,

v.

JO ANNE B. BARNHART,
COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

## ORDER

The Court has reviewed the Motion for Order to Approve Stipulation for Award of Attorney's Fees under the Equal Access to Justice Act, 28 U.S.C. §2412(d) (doc. #19), filed November 30, 2006, and the file. The Motion is GRANTED. Accordingly, it is

ORDERED that the Stipulation is approved, and the Plaintiff's attorney, Ann J. Atkinson, Attorney at Law, is awarded $2,494.95 as attorney's fees under the Equal Access to Justice Act, 28 U.S.C. §2412(d).

DATED at Denver, Colorado, this 30th day of November, 2006.

                        BY THE COURT:

                        ***s/John L. Kane***
                        John L. Kane, Judge
                        United States District Court